cil of Life Insurance for leave to file a brief as *amicus curiae* granted. Certiorari denied.

No. 90–5677. CLARK *v.* CALIFORNIA. Sup. Ct. Cal.;

No. 90–5772. PEOPLES *v.* ALABAMA. Ct. Crim. App. Ala.;

No. 90–5873. PETARY *v.* MISSOURI. Sup. Ct. Mo.; and

No. 90–5882. SMITH *v.* MISSOURI. Sup. Ct. Mo. Certiorari denied. Reported below: No. 90–5677, 50 Cal. 3d 583, 789 P. 2d 127; No. 90–5772, 565 So. 2d 1177; No. 90–5873, 790 S. W. 2d 243; No. 90–5882, 790 S. W. 2d 241.

JUSTICE MARSHALL, dissenting.

Adhering to my view that the death penalty is in all circumstances cruel and unusual punishment prohibited by the Eighth and Fourteenth Amendments, *Gregg* v. *Georgia*, 428 U. S. 153, 231 (1976), I would grant certiorari and vacate the death sentences in these cases.

No. 90–5577. SINDRAM *v.* WALLIN ET AL., *ante*, p. 944;

No. 90–5578. SINDRAM *v.* MCKENNA ET AL., *ante*, p. 944; and

No. 90–5699. SINDRAM *v.* MONTGOMERY COUNTY, MARYLAND, ET AL., *ante*, p. 948. Petitions for rehearing denied.

No. 89–1946. BERGMAN *v.* DEPARTMENT OF COMMERCE ET AL., *ante*, p. 820;

No. 89–2006. ROSCOE *v.* UNITED STATES ET AL., *ante*, p. 823;

No. 89–7477. ADAMS *v.* DUGGER, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL., *ante*, p. 828;

No. 89–7617. BREWER *v.* OHIO, *ante*, p. 881;

No. 89–7669. MARTIN *v.* UNITED STATES DEPARTMENT OF EDUCATION ET AL., *ante*, p. 835;

No. 89–7699. MCCOLPIN *v.* OWENS, *ante*, p. 836;

No. 89–7700. MARTIN *v.* FARNAN, *ante*, p. 836;

No. 89–7733. CONLEY *v.* JOHNSON, *ante*, p. 837;

No. 89–7746. SKEETER *v.* CITY OF NORFOLK ET AL., *ante*, p. 838;

No. 89–7747. SNELL *v.* CITY AND COUNTY OF DENVER ET AL., *ante*, p. 838;

No. 89–7817. MARTIN *v.* FARNAN, *ante*, p. 841;

No. 89–7847. SINDRAM *v.* N. RICHARD KIMMEL PROPERTIES ET AL., *ante*, p. 843;

No. 89–7848.   SINDRAM *v.* WASHINGTON SUBURBAN SANITARY COMMISSION, *ante,* p. 843;

No. 89–7865.   LEWIS *v.* VASQUEZ, WARDEN, *ante,* p. 844;

No. 90–150.   FORDHAM *v.* OFFICE OF PERSONNEL MANAGEMENT, *ante,* p. 852;

No. 90–216.   MOELLER *v.* UNITED STATES, *ante,* p. 855;

No. 90–227.   ATWAL *v.* CITY OF RIVERSIDE, *ante,* p. 855;

No. 90–5021.   GUZMAN *v.* FLICKINGER, *ante,* p. 857;

No. 90–5169.   GANEY *v.* CHESTER, *ante,* p. 864;

No. 90–5218.   IN RE MCKNIGHT, *ante,* p. 806;

No. 90–5335.   SINDRAM *v.* GARABEDI, *ante,* p. 872;

No. 90–5351.   SINDRAM *v.* STEUBEN COUNTY, NEW YORK, ET AL., *ante,* p. 873;

No. 90–5354.   SHIPES *v.* GALLEY, WARDEN, ET AL., *ante,* p. 873;

No. 90–5356.   BURGER *v.* ZANT, WARDEN, *ante,* p. 908;

No. 90–5371.   SINDRAM *v.* CONSUMER PROTECTION COMMISSION OF PRINCE GEORGE'S COUNTY ET AL., *ante,* p. 874;

No. 90–5373.   SINDRAM *v.* ABRAMS ET AL., *ante,* p. 874;

No. 90–5409.   GUARACINO *v.* SULLIVAN, SECRETARY OF HEALTH AND HUMAN SERVICES, *ante,* p. 875;

No. 90–5410.   SINDRAM *v.* RYAN ET AL., *ante,* p. 901;

No. 90–5456.   SINDRAM *v.* SWEENEY ET AL., *ante,* p. 903; and

No. 90–5684.   LYLE *v.* JABE, WARDEN, *ante,* p. 906.   Petitions for rehearing denied.   JUSTICE SOUTER took no part in the consideration or decision of these petitions.

No. 90–5374.   SINDRAM *v.* NISSAN MOTOR CORP. ET AL., *ante,* p. 891.   Petition for rehearing denied.   THE CHIEF JUSTICE and JUSTICE SOUTER took no part in the consideration or decision of this petition.

NOVEMBER 15, 1990

No. A–370 (90–767).   CABLE NEWS NETWORK, INC., ET AL. *v.* NORIEGA ET AL.   C. A. 11th Cir.   Application for stay of orders of the United States District Court for the Southern District of Florida, presented to JUSTICE KENNEDY and referred to the Court.   Respondents are directed to file with the Clerk of the Court responses to the application for stay and petition for writ of certiorari, together with proof of service, on or before noon, Sat-